## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: <br><br><br> DAVID DAHLBACH <br><br><br> Debtor(s) | Case No. 1:18-bk-01658 <br><br> Chapter 13 <br><br> Honorable Pamela S. Hollis |

### AFFIDAVIT OF DAVID DAHLBACH IN SUPPORT OF HIS MOTION TO IMPOSE AUTOMATIC STAY

I, DAVID DAHLBACH, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief.

1. That I am the debtor in the above-captioned bankruptcy case, and have knowledge of the facts contained within this affidavit.

2. That on January 19, 2018, I filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

3. That I have filed two prior bankruptcy cases, case numbers 1:15-bk-36699 and 1:17-bk-10430.

4. That case numbers 1:15-bk-36699 and 1:17-bk-10430 were dismissed on February 17, 2017 and October 20, 2017, respectively – and within one year of filing this case.

5. That there has been a substantial change in my financial affairs since the dismissal to conclude that the instant case will be concluded with a confirmed plan that will be fully performed.

6. Specifically, that my new employment allows me to "work from home." Accordingly, my monthly expenses have been greatly reduced.

7. That the above-captioned bankruptcy case was filed in good faith, with the intention of reordering my affairs and saving my primary residence from judicial sale, and with an increase in monthly disposable income, I will be able to effectively reorganize my debts.

By signing this Affidavit, I declare under penalty of perjury that all of the information contained herein is true and accurate, and acknowledge that the Court may rely on the truth of this Affidavit in determining whether to impose the automatic stay in the above-captioned bankruptcy case. I understand that the Court may revoke confirmation of my Chapter 13 Plan should the statements contained herein prove to be inaccurate.

Dated: January 22, 2018

_____
DAVID DAHLBACH

SUBSCRIBED AND SWORN to before me this 22nd day of January, 2018.

_____
NOTARY PUBLIC

Official Seal
Laritza Arcos
Notary Public State of Illinois
My Commission Expires 11/12/2019

[Page content is upside-down and too faded to read reliably. Visible: a notary seal reading "Official Seal / Laritza Arcos / Notary Public State of Illinois / My Commission Expires 11/12/2019" and a signature.]